IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **JOHN DOE,**<br><br>**Plaintiff,**<br><br>v.<br><br>**NATIONAL FOOTBALL LEAGUE,**<br><br>**Defendant.** | **CIVIL ACTION NO.**<br>**1:25-CV-2421-SEG** |

### **ORDER**

This matter is before the Court for consideration of an application to proceed *in forma pauperis* (IFP) without prepaying fees or costs under 28 U.S.C. § 1915(a)(1), filed by Plaintiff John Doe.[1]  (Doc. 1). The declaration Plaintiff signed in support of

---

[1] Section 1915(a) allows a Court to "authorize the commencement . . . of any suit, action or proceeding . . . without prepayment of fees or security therefor, by a person who submits an affidavit that includes a statement of all assets such [person] possesses that the person is unable to pay such fees or give security therefor." 28 U.S.C. § 1915(a)(1). The Supreme Court has held that the term "person" in Section 1915(a) refers only to individuals, and not to artificial entities like associations, corporations, and partnerships. *Rowland v. Cal. Men's Colony, Unit II Men's Advisory Council*, 506 U.S. 194, 201–07 (1993). Here, there is sufficient information in Plaintiff's IFP application to determine that Plaintiff is an individual. The Court offers no opinion on the propriety of Plaintiff filing this action under the pseudonym "John Doe."

the application to proceed *in forma pauperis* demonstrates that Plaintiff is unable to incur the costs of this litigation, and the application, (Doc. 1), is **GRANTED**.

Under 28 U.S.C. § 1915(e)(2), a court is required to dismiss an *in forma pauperis* complaint at any time if the court determines that the allegation of poverty is untrue or that the action: (1) is frivolous or malicious; (2) fails to state a claim on which relief may be granted; or (3) seeks monetary relief against a defendant who is immune from such relief. A claim is frivolous if "it lacks an arguable basis either in law or in fact." *Neitzke v. Williams*, 490 U.S. 319, 325 (1989). Accordingly, the Clerk is **DIRECTED** to submit this matter to the District Judge for a frivolity determination under § 1915(e)(2).

**IT IS SO ORDERED,** this 2nd day of May, 2025.

_____
CHRISTOPHER C. BLY
UNITED STATES MAGISTRATE JUDGE