FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

MAY 1 2 2025

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

JOHN DOE,
Plaintiffs,

v. Civil Action No. 1:25-cv-02421-SEG

NATIONAL FOOTBALL LEAGUE,
Defendant.

---

## MOTION TO INTERVENE AS PLAINTIFF

NOW COMES Proposed Intervenor Roderick Brown and Lacreatcia Brown, pursuant to Federal Rule of Civil Procedure 24(a)(1), 24(a)(2), and/or 24(b)(1)(B), and respectfully moves this Court for leave to intervene in the above-captioned matter as a plaintiff. In support of this motion, Mr. Brown states as follows:

1. **Interest in the Case**
   Proposed Intervenor is a lifelong fan and supporter of Shedeur Sanders and Deion Sanders, having followed their careers closely for over 20 years. The intervenors have also been a 40-years consumer of the NFL its content and programming and were emotionally invested in the 2025 NFL Draft.

2. **Grounds for Intervention**
   The collusive actions alleged in the complaint—namely the deliberate humiliation and defamation of Shedeur Sanders during the 2025 NFL Draft—directly harmed Proposed Intervenors' emotional well-being as a devoted fan and consumer. These harms parallel those outlined in the original complaint and include:

   o  Emotional distress from the intentional dissemination of false and harmful statements;

   o  Loss of trust and confidence in the integrity of the NFL's operations;

   o  Perception of racial and cultural bias in professional football management.

3. **Legal Basis for Intervention**

   Intervention is proper under:

   o  **Rule 24(a)(2)**: Proposed Intervenor has an interest relating to the subject matter of this action, and the disposition of the case may impair his ability to protect that

interest.

- o **Rule 24(b)(1)(B)**: At minimum, permissive intervention is warranted, as both claims share common questions of law and fact with the main action, including violations of the Sherman Antitrust Act, Civil Rights Act, and consumer protection laws.

4. **No Delay or Prejudice**

This motion is timely, filed shortly after the complaint's filing, and will not unduly delay proceedings or prejudice the parties.

---

## PRAYER FOR RELIEF

WHEREFORE, Proposed Intervenors respectfully requests that the Court grant this Motion to Intervene and accept the attached **Intervenors Complaint** as filed. Intervenors further requests any other relief the Court deems just and proper.

Respectfully submitted this ___ day of May, 2025.

**Roderick Brown**
1150 Astor Ave, SW
Apt-2415
Atlanta, Georgia 30310
770-990-0058
brownrod35@gmail.com
*Pro Se*

**Lacreatcia Brown**
6020 Preserve Pass
Fairburn, Georgia 30213
404-956-2212
crebrown@gmail.com
*Pro Se*