UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION



JOHN DOE,
Plaintiff,
v.
Civil Action No. 1:25-cv-02421-SEG
NATIONAL FOOTBALL LEAGUE,
Defendant.

## AFFIDAVIT OF RODERICK BROWN

### IN SUPPORT OF MOTION TO INTERVENE AND DISCOVERY REQUESTS

I, Roderick Brown, declare under penalty of perjury as follows:

My name is Roderick Brown, and I am a resident of Atlanta, Georgia. I am over 18 years old, competent to testify, and submit this affidavit in support of my Motion to Intervene and Motion for Early Discovery in the above-captioned matter.

I have been a loyal and devoted fan of Deion Sanders for more than 30 years, since his days as a Hall of Fame football and baseball player. I have followed his career not just as an athlete, but as a leader, father, and cultural icon.

I have supported Shedeur Sanders closely throughout his high school and college career, particularly during his time at Jackson State and the University of Colorado. I watched nearly every game, subscribed to "Well Off Media," followed coaching updates, and actively discussed his performance and leadership with fellow fans.

I am not simply a casual fan—I am a committed consumer of NFL products, merchandise, digital content, and televised games. Over the years, I have spent thousands of dollars on NFL-related products and services, including subscriptions to online channels, merchandise, and tickets. As a paying consumer, I have a reasonable expectation that the league's business operations, including the Draft, are conducted with fairness and integrity.

I watched the 2025 NFL Draft with great anticipation, expecting that Shedeur Sanders, based on his elite play, leadership, and production, would be selected within the top 10–15 picks. Instead, he was drafted 144th overall, a shocking and humiliating outcome not supported by merit, statistics, or logic.

In the days and weeks surrounding the Draft, I saw harmful and racially coded narratives circulate—claims that Shedeur was "cocky," "uncoachable," and "unprepared." These comments, lacking evidence and context, resembled attacks often used to discredit confident and outspoken Black athletes, particularly those who break from NFL tradition.

The NFL, its member franchises, and its media ecosystem enabled these narratives without correction or defense, which I believe was part of a coordinated effort to damage Shedeur Sanders' draft stock and undermine the success and credibility of his father, Deion Sanders.

I am not alone in my reaction. Many others within the Black community and among Deion and Shedeur Sanders' fan base have expressed similar outrage and emotional distress. The NFL's conduct appeared not only as a personal affront but also as a broader attack on Black excellence, independence, and pride.

As a Black man and lifelong fan of the Sanders family, this event caused me real emotional pain, outrage, and a loss of faith in the fairness of the league. I felt mocked, betrayed, and disrespected—not just as a fan, but as someone who sees the Sanders legacy as a reflection of resilience, faith, and progress in the Black community.

I firmly believe that the decisions made during the 2025 Draft were not merely based on football performance, but on collusion, bias, and systemic resistance to players and coaches who challenge the status quo.

I further request that the Court allow discovery into the NFL's internal draft communications, team deliberations, and media relations concerning Shedeur Sanders. Such discovery is necessary to determine whether racial bias, retaliation, or collusion influenced the decisions made by teams during the Draft.

I respectfully ask this Court to allow me to join this lawsuit, and to grant me the ability to uncover the truth behind the NFL's decision-making process—especially by the teams that passed on Shedeur Sanders despite obvious quarterback needs.

I seek to hold the NFL accountable not only for their mistreatment of the Sanders family, but also for the emotional, cultural, and consumer harm inflicted upon fans like me who expected and deserved better from America's most powerful sports league.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 8 day of May, 2025.

**Roderick Brown**
1150 Astor Ave, SW
Atlanta, GA 30310
770-990-0058
brownrod35@gmail.com

[Notary seal: RAYMOND NELSON, Notary Public, Fulton County, Georgia, Commission Expires 01/28/28]

5/8/2025