IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

JOHN DOE,

    Plaintiff,

vs.

NATIONAL FOOTBALL LEAGUE

    Defendant

CIVIL ACTION FILE NO.
1:25-cv-02421-SEG

EMERGENCY MOTION FOR EARLY AND TARGETED DISCOVERY REQUEST AND

REQUEST FOR SUBPEONAS

    COMES NOW, PLAINTIFF JOHN DOE, pursuant to Federal Rules of Civil Procedure 26, 33, 34, 36, and 45, respectfully moves this Honorable Court for leave to conduct early and targeted discovery for the purpose of uncovering unlawful acts, collusion, and discriminatory practices by the National Football League (NFL) and its member franchises, particularly related to the 2025 NFL Draft and the treatment of Shedeur Sanders. In support of this motion, the Plaintiff shows the following:

1

1. LEGAL BASIS FOR DISCOVERY

a. Under Fed. R. Civ. P. 26(b)(1), parties may obtain discovery regarding any nonprivileged matter that is relevant to any party's claim or defense.

b. Rule 26(d)(1) permits discovery to begin prior to a Rule 26(f) conference upon court order. Given the urgency, public interest, and volume of evidence likely to be in the exclusive possession of the NFL, such an order is warranted here.

2. GROUNDS FOR REQUEST

a. Multiple credible media reports, statements, and whistleblower leaks indicate that NFL team executives and/or league officials discussed Shedeur Sanders in a disparaging and coordinated manner. Raising legitimate questions about collusion, racial bias, and tampering.

b. The targeted damage to Sanders' draft status appears systematically orchestrated, not individually decided, and interferes with his right to fair employment and contract opportunities under 42 U.S.C. § 1981, while also violating federal antitrust laws under 15 U.S.C. §§ 1-7.

c. The NFL's control over player narratives, media influence, and internal communications — including possible coordination with team owners — constitutes a monopolistic abuse of power that must be exposed through court-ordered discovery.

2

3. DISCOVERY SOUGHT

Plaintiff respectfully seeks leave to serve the following early discovery requests:

A. DOCUMENT PRODUCTION REQUESTS (Rule 34)

1. All internal communications, including emails, text messages, and memos between NFL executives, league officials, and team general managers, representatives, scouts and owners, relating to Shedeur Sanders from January 1, 2024, to May 1, 2025.

2. All scouting reports, internal assessments, draft boards, and interview notes used by NFL teams when evaluating quarterbacks in the 2025 Draft.

3. Any audio or video recordings of team meetings, draft room communications, or NFL Combine sessions involving Sanders.

4. Communications with third-party media outlets regarding the narrative and public portrayal of Sanders before the draft.

5. All documents related to the NFL investigation into the prank call placed to Shedeur Sanders, which resulted in fines for an assistant and the Atlanta Falcons.

6. The results or report of the inquiry into why the personal phone number of Shedeur Sanders provided to the NFL was released to waiver wires.

7. The 61-page arbitration report that found evidence of collusion against Black quarterbacks, affirming that systemic biases have influenced player evaluation.

3

B. INTERROGATORIES (Rule 33)

1. Identify all individuals involved in discussions regarding Shedeur Sanders' draft value, including any reasons given for passing on him during the 2025 NFL Draft.

2. Describe the decision-making process used by teams that selected quarterbacks before pick 144, including what criteria were used and whether race, media image, or public perception were factors.

C. REQUESTS FOR ADMISSION (Rule 36)

1. Admit that no quarterback drafted ahead of Sanders had statistically superior performance in both the 2023 and 2024 NCAA seasons.

2. Admit that NFL officials or team representatives made disparaging statements regarding Sanders' personality, media image, or family affiliation.

D. SUBPOENAS (Rule 45)

Plaintiff requests permission to subpoena:

a. Subpoena Request to the University of Colorado Athletic Department: All written or recorded conversations involving NFL franchises, general managers, representatives, and scouts from January 1, 2024, until May 1, 2024

b. Independent scouting agencies used by NFL franchises for draft evaluations;

c. David E. Gottlieb, counsel for the plaintiff in Trotter v. The National Football League, et al., No. 23 Civ. 08055 (PAC), for related discovery and depositions;

4

d. Wigdor Law Firm, counsel for plaintiffs in Flores, et al. v. NFL, et al., No. 22 Civ. 00871 (VEC), for related discovery and depositions.

## 4. NECESSITY AND TIMING

This discovery is urgent and essential to uncovering the truth behind what appears to be a coordinated and racially motivated smear campaign and systemic abuse of economic power by the NFL. The actions at issue have caused irreparable harm not only to Shedeur Sanders but also to Intervenor Plaintiff and other fans who reasonably expected fairness, integrity, and nondiscrimination.

## 5. PRAYER FOR RELIEF

WHEREFORE, the Plaintiff respectfully requests that this Honorable Court:

1. GRANT this emergency motion for early targeted discovery request and request for subpeona;

2. AUTHORIZE the issuance of subpoenas and service of interrogatories, requests for production, and requests for admission, as outlined;

3. ORDER the Defendant and relevant third parties to preserve all records related to the 2025 NFL Draft;

4. GRANT any other relief the Court deems just and proper.

5

Respectfully submitted, this 19th day of MAY, 2025

*signature*

John Doe
1145 Golden Valley Court
Lawrenceville, Ga 30043
6788998796
eric@ga400express.com

6

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

| | |
|---|---|
| JOHN DOE,<br><br>    Plaintiff,<br><br>vs.<br><br>NATIONAL FOOTBALL LEAGUE<br><br>    Defendant | CIVIL ACTION FILE NO.<br>1:25-cv-02421-SEG |

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that I have caused to be served the following documents:

1. ARGUMENT AGAINST DISMISSAL OF COMPLAINT IN FRIVOLITY REVIEW

2. EMERGENCY MOTION FOR EARLY AND TARGETED DISCOVERY REQEUST AND REQUEST FOR SUBPEONAS

on the Defendant, National Football League (NFL), by U.S.P.S. FIRST CLASS MAIL on this 19TH DAY of MAY, 2025.

1

1. The documents were served by delivering copies to the following address:

National Football League

345 Park Avenue

New York, NY 10154

Respectfully submitted, this 19th day of MAY, 2025

_____
John Doe
1145 Golden Valley Court
Lawrenceville, Ga 30043
6788998796
eric@ga400express.com

2

## CERTIFICATE OF COMPLIANCE

I hereby certify that the documents to which this certificate is attached have been prepared in Book Antiqua font, 13-point type, which is one of the font and point selections approved by the Court in N.D. Ga. L.R. 5.1(C).

_____
Eric Jackson