IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

| | |
|---|---|
| JOHN DOE, | CIVIL ACTION FILE NO. |
| Plaintiff, | 1:25-cv-02421-SEG |
| vs. | |
| NATIONAL FOOTBALL LEAGUE | |
| Defendant | |

## MOTION FOR PRESERVATION ORDER

COMES NOW Plaintiff John Doe, and respectfully moves this Honorable Court for a preservation order to protect certain communications and materials from destruction or alteration, specifically those involving all 32 NFL franchises, executive representatives, third-party consultants, and contractors overseeing the entire 2025 draft class, as well as communications related to the prank call incident that utilized Shedeur Sanders' phone number. In support of this motion, Plaintiff shows the following:

1

1. LEGAL BASIS FOR PRESERVATION ORDER

Federal Rule of Civil Procedure 37(e) provides for the preservation of electronically stored information (ESI) when there is a reasonable expectation that such information may be relevant to ongoing or anticipated litigation. The Plaintiff seeks a preservation order for the following reasons:

2. GROUNDS FOR REQUEST

a. The communications and materials from all 32 NFL franchises, executive representatives, and third-party consultants may contain crucial information relevant to the ongoing litigation, including discussions about player evaluations, draft strategies, and any potential collusion related to the treatment of Shedeur Sanders, as well as the prank call incident.

b. Given the high-profile nature of the case and the potential for relevant information to be lost or destroyed, it is imperative that these communications and materials be preserved to prevent any spoliation of evidence that could undermine the Plaintiff's claims.

c. The NFL is currently under scrutiny for potential discriminatory practices related to player evaluations. Preserving these communications and materials is essential for

2

ensuring that any relevant evidence is available for review in light of ongoing investigations and litigation.

d. The issues at stake in this case, particularly regarding fairness and discrimination within the NFL, are of significant public interest. Preserving relevant communications supports transparency and accountability within the league.

3. SCOPE OF THE PRESERVATION ORDER

The Plaintiff requests that the Court issue an order requiring the preservation of the following, with particular emphasis on identifying the individual(s) and organization(s) involved in disseminating Shedeur Sanders' personal phone number:

a. All communications, including emails, text messages, memos, and any other correspondence between all 32 NFL franchises, executive representatives, and third-party consultants related to the evaluation, assessment, and discussion of the entire 2025 draft class.

b. Any documents or materials generated from such communications that pertain to player evaluations, draft boards, scouting reports, decision-making processes, and identification of the individual(s) and organization(s) responsible for disseminating Shedeur Sanders' personal phone number, including:

3

1. The specific electronic devices (computers, smartphones, etc.) used for the dissemination.

2. Any logs or records that may indicate the source of the communication that led to the prank call incident.

c. Meeting minutes and notes from discussions regarding player evaluations and draft strategies.

d. Media reports and coverage discussing the 2025 draft class and any allegations of discrimination or collusion.

e. Records of player interviews and workouts conducted in connection with the 2025 draft class, including those related to Shedeur Sanders.

f. Statistical analyses comparing player performances, particularly focusing on Shedeur Sanders and other quarterbacks drafted in 2025.

g. Internal NFL policies and guidelines regarding player evaluations and diversity initiatives.

4

h. Relevant legal documents, including any prior investigations or cases related to discrimination within the NFL.

i. Witness statements or affidavits from individuals with knowledge of the evaluation processes or potential biases.

j. Communications related to the prank call incident involving Shedeur Sanders' phone number, including any discussions about the dissemination of that number.

k. Training and development records related to players in the 2025 draft class.

4. CONCLUSION

For the foregoing reasons, Plaintiff John Doe respectfully requests that this Honorable Court grant this Motion for Preservation Order, ensuring that all relevant communications and materials from all 32 NFL franchises, executive representatives, and third-party consultants regarding the 2025 draft class and the prank call incident are preserved for the duration of this litigation.

WHEREFORE, the Plaintiff prays that this Honorable Court:

1. GRANT the Motion for Preservation Order as requested;

5

2. ORDER the preservation of communications and materials as outlined above;

3. GRANT any other relief the Court deems just and proper.

Respectfully submitted, this 20th day of MAY, 2025

John Doe
1145 Golden Valley Court
Lawrenceville, Ga 30043
6788998796
eric@ga400express.com

6

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

| | |
|---|---|
| JOHN DOE,<br><br>        Plaintiff,<br><br>vs.<br><br>NATIONAL FOOTBALL LEAGUE<br><br>        Defendant | CIVIL ACTION FILE NO.<br>1:25-cv-02421-SEG |

CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that I have caused to be served the following documents:

1. PLAINTFF MOTION FOR PERSERVATION ORDER
2. PROPOSED ORDER

on the Defendant, National Football League (NFL), by U.S.P.S. FIRST CLASS MAIL on this 20TH DAY of MAY, 2025.

1

1 | The documents were served by delivering copies to the following address:

3 | National Football League

4 | 345 Park Avenue

6 | New York, NY 10154

9 | Respectfully submitted, this 20th day of MAY, 2025

John Doe
1145 Golden Valley Court
Lawrenceville, Ga 30043
6788998796
eric@ga400express.com

2

## CERTIFICATE OF COMPLIANCE

I hereby certify that the documents to which this certificate is attached have been prepared in Book Antiqua font, 13-point type, which is one of the font and point selections approved by the Court in N.D. Ga. L.R. 5.1(C).

Eric Jackson