IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

| | |
|---|---|
| JOHN DOE,<br><br>    Plaintiff,<br><br>vs.<br><br>NATIONAL FOOTBALL LEAGUE<br><br>    Defendant | CIVIL ACTION FILE NO.<br>1:25-cv-02421-SEG |

PROPOSED ORDER

THIS MATTER comes before the Court on Plaintiff John Doe's Motion for Preservation Order concerning communications and materials related to the 2025 draft class and the prank call incident involving Shedeur Sanders' phone number. The Court, having considered the motion, the arguments presented, and the applicable law, finds that the motion is well-taken and should be granted.

IT IS HEREBY ORDERED THAT:

1

1. The Defendant is hereby ordered to identify and preserve all communications and materials as follows:

- All communications, including emails, text messages, memos, and any other correspondence between all 32 NFL franchises, executive representatives, and third-party consultants related to the evaluation, assessment, and discussion of the entire 2025 draft class.

- Any documents or materials generated from such communications that pertain to player evaluations, draft boards, scouting reports, decision-making processes, and identification of the individual(s) and organization(s) responsible for disseminating Shedeur Sanders' personal phone number, including:

- The specific electronic devices (computers, smartphones, etc.) used for the dissemination.

- Any logs or records that may indicate the source of the communication that led to the prank call incident.

2. This preservation order shall remain in effect until further order of this Court or the conclusion of this litigation.

3. The Defendant shall take all necessary steps to ensure compliance with this order and report to the Court any issues regarding the preservation of the materials outlined above.

2

4. The Court reserves the right to grant any additional relief deemed just and proper.

SO ORDERED** this ___ day of _____, 2025.

_____

United States District Judge

Northern District of Georgia

Respectfully submitted, this 20th day of MAY, 2025

John Doe
1145 Golden Valley Court
Lawrenceville, Ga 30043
6788998796
eric@ga400express.com

3