Case 1:25-cv-02421-SEG   Document 10   Filed 05/22/25   Page 1 of 6

RECEIVED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

MAY 22 2025

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

| | |
|---|---|
| JOHN DOE, | CIVIL ACTION FILE NO. |
| Plaintiff, | 1:25-cv-02421-SEG |
| vs. | |
| NATIONAL FOOTBALL LEAGUE | |
| Defendant | |

MOTION FOR NON-PARTY SUBPOENA DIRECTED TO THE HONORABLE

CHRISTOPHER F. DRONEY

Plaintiff John Doe, respectfully moves this Court for an order permitting the issuance of a non-party subpoena directed to The Honorable Christopher F. Droney and requesting an order for the preservation of all materials related to the subpoena pursuant to This motion is made pursuant to Rule 45 of the Federal Rules of Civil Procedure, which governs the issuance of subpoenas to non-parties. In support of this motion, Plaintiff states as follows:

1

# I. INTRODUCTION

1. Plaintiff seeks to issue a subpoena to The Honorable Christopher F. Droney to obtain crucial documents and information relevant to allegations of collusion against Black quarterbacks within the National Football League (NFL).

2. The information sought through this subpoena is essential to support Plaintiff's claims of discrimination and to establish the facts surrounding the treatment of Black quarterbacks in the NFL.

# II. FACTUAL BACKGROUND

3. The Honorable Christopher F. Droney has served as an NFL arbitrator and has been involved in investigations and rulings related to allegations of collusion against Black quarterbacks.

4. The documents and information sought through this subpoena will provide significant insights into the policies, procedures, and practices of the NFL regarding player evaluations and potential discrimination.

# III. REQUESTS FOR PRODUCTION

2

Plaintiff requests that The Honorable Christopher F. Droney produce the following documents:

1. All documents, reports, and findings related to any investigations or rulings made regarding allegations of collusion against Black quarterbacks in the NFL.

2. All communications (including emails, memos, and notes) between you and any NFL officials, team representatives, or other arbitrators regarding the evaluation of Black quarterbacks.

3. Any transcripts, notes, or documentation from arbitration hearings that pertain to complaints or allegations of discrimination or collusion against Black quarterbacks.

4. Any documents that outline the policies or procedures utilized by the NFL in evaluating players, especially those related to racial considerations or minority status.

5. Any research, analyses, or studies conducted by you or your office related to the treatment of Black quarterbacks compared to their counterparts in the NFL.

3

6. All documents that summarize your findings or conclusions regarding the effectiveness of NFL policies in preventing discrimination against players based on race.

7. Any documents that include public statements or press releases made by you regarding your findings on collusion or discrimination against Black quarterbacks.

8. Any records of formal complaints or grievances filed with your office concerning the treatment of Black quarterbacks in the NFL.

IV. INSTRUCTIONS REGARDING DOCUMENTS

5. If The Honorable Christopher F. Droney does not have control over the requested documents, he is instructed to identify the holder of such information, including any individuals or entities that may possess the documents sought.

V. REQUEST FOR PRESERVATION OF MATERIALS

6. Plaintiff requests that the Court issue an order requiring The Honorable Christopher F. Droney to preserve all materials related to the subpoenaed documents until further order of this Court. This preservation is necessary to prevent the loss or destruction of potentially relevant evidence.

4

## VI. ARGUMENT

7. The requested documents are relevant and necessary for Plaintiff to establish his claims and prepare for trial. The information sought goes to the heart of the allegations of collusion and discrimination and is not obtainable from any other source.

8. Given the nature of the case and the significance of the requested documents, it is imperative that The Honorable Christopher F. Droney comply with this subpoena and preserve all related materials.

## VII. REQUEST FOR RELIEF

WHEREFORE, Plaintiff respectfully requests that this Court:

1. Grant the motion for a non-party subpoena duces tecum directed to The Honorable Christopher F. Droney;

2. Allow for the production of the documents requested within a specified timeframe as determined by the Court;

5

3. Order the preservation of all materials related to the subpoena until further order of this Court;

4. Require The Honorable Christopher F. Droney to identify the holder of any requested information that he does not control;

5. Award Plaintiff any further relief that the Court deems just and proper.

Respectfully submitted, this 22nd day of MAY, 2025

_____
John Doe
1145 Golden Valley Court
Lawrenceville, Ga 30043
6788998796
eric@ga400express.com

6