IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

| | |
|---|---|
| JOHN DOE,<br><br>    Plaintiff,<br><br>vs.<br><br>NATIONAL FOOTBALL LEAGUE<br><br>    Defendant | CIVIL ACTION FILE NO.<br>1:25-cv-02421-SEG |

MOTION FOR SERVICE OF COMPLAINT, SUMMONS, AND PENDING

SUBPOENAS BY U.S. MARSHALS AND WAIVER OF PACER FEES

The Plaintiff, John Doe, proceeding pro se, respectfully moves this Court for an order directing the U.S. Marshals Service to serve the complaint, summons, and pending subpoenas in this matter, and for a waiver of the fees associated with the PACER account, pursuant to the Court's prior grant of in forma pauperis status. In support of this motion, the Plaintiff states as follows:

1

1. On May 02, 2025, this Court granted Plaintiff's application to proceed in forma pauperis, acknowledging Plaintiff's inability to pay the required filing fees.

2. The Plaintiff seeks the assistance of the U.S. Marshals Service to ensure the proper and timely service of the complaint and summons on the defendants, as well as the service of any pending subpoenas as required by the Federal Rules of Civil Procedure.

3. Furthermore, the Plaintiff requests that the Court waive the fees associated with accessing the PACER system, as Plaintiff's financial condition precludes the ability to bear such cost.

II. LEGAL ARGUMENT

3. Service by U.S. Marshals: Under Federal Rule of Civil Procedure 4(c)(3), the Court may order that service be made by the U.S. Marshals if the Plaintiff is authorized to proceed in forma pauperis. The Plaintiff respectfully requests that the Court exercise this authority to facilitate the service of the complaint, summons, and pending subpoenas.

4. Waiver of PACER Fees: The Plaintiff's in forma pauperis status signifies a lack of financial resources to cover additional fees associated with accessing electronic court

2

documents via PACER. Waiving these fees will enable the Plaintiff to effectively monitor the case without incurring financial hardship.

III. NOTICE OF FILING

5. The Plaintiff hereby submits the summons for the defendants in this case, alongside this motion. The summons is filed in accordance with the Federal Rules of Civil Procedure and is essential for the initiation of service.

Wherefore, the Plaintiff prays that this Honorable Court grant the following relief:

1. An order directing the U.S. Marshals Service to serve the complaint, summons, and pending subpoenas in this matter.

2. A waiver of the fees for the PACER account related to this case. Respectfully submitted, this 27TH day of MAY, 2025

John Doe
1145 Golden Valley Court
Lawrenceville, Ga 30043
6788998796
eric@ga400express.com

3